UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN MARSHJON McDOUGLAND,<br><br>Plaintiff,<br><br>v.<br><br>J. BELLUOMINI, et al.,<br><br>Defendants. | No. 2:23-cv-00011-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 17, 2023, plaintiff requested that the court review a prior action filed by plaintiff, designated *McDougland v. Belluomini*, 2:22-cv-02242-DB (E.D. Cal.). ECF No. 6. Review of the two actions reveals that the complaint filed in this action is identical to the complaint filed in the prior action. It appears from the docket that plaintiff inadvertently filed duplicate complaints and did not intend to commence a new action. Because plaintiff did not intend to commence this action, the court will direct the Clerk of the Court to close this case.

Accordingly, it is ORDERED that the Clerk of the Court shall close this case.

Dated: January 25, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE